UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE'E THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 08-638 (CKK) |

**RULE 4(m) ORDER**
(August 29, 2008)

The Complaint in this case was filed on April 11, 2008, but there is no record that a copy of the Complaint has been served on any of the Defendants (the District of Columbia; Odie Washington, individually and in his official capacity; Patricia Britton-Jackson, individually and in her official capacity; or Diane Brown, individually and in her official capacity). Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

**ORDERED** that by September 26, 2008, Plaintiff must either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court that indicates

why service has not been made.

**SO ORDERED.**

                                                                 /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge